Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 SEP 18 PM 3: 14

### ARREST ON OUT-OF-DISTRICT OFFENSE

'13MJ3529

Magistrate Case Number: ~~2:08-cr-0856-TC~~-1

The person charged as __PAUL ANDREW MEMMOTT__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __UTAH__

with __VIOLATION OF SUPERVISED RELEASE__, in violation of __18 USC 3583__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 9/18/13

_Ross Larson_
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 9/18/13

_Nancy Geedel_
Assistant United States Attorney

DOA 9/18

AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Paul Andrew Memmott**

**WARRANT FOR ARREST**

**CASE NUMBER: 2:08-cr-00856-TC-1**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       **PAUL ANDREW MEMMOTT**
                                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information
☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

in violation of _____ United States Code.

D. Mark Jones                                           Clerk of Court
Name of Issuing Officer                             Title of Issuing Officer

[signature]                                                September 18, 2013 at Salt Lake City, Utah
Signature of Issuing Officer                       Date and Location

By: Jennifer Stout
    Deputy Clerk

Bail fixed _____ by _____
                                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C

# United States District Court
# for the District of Utah

# Petition and Order for Warrant for Offender Under Supervision

Name of Offender: **Paul Andrew Memmott**    Docket Number: **2:08-CR-00856-001-TC**

Name of Sentencing Judicial Officer:  **Honorable Tena Campbell**
**Senior U.S. District Judge**

Date of Original Sentence: **September 10, 2009**

Original Offense:    **Possession of Child Pornography**
Original Sentence:   **43 Months BOP Custody/60 Months Supervised Release**

Type of Supervision: **Supervised Release**     Supervision Began: **August 9, 2012**

## PETITIONING THE COURT

[ X ]  To issue a warrant and       Last known address:
       toll the supervision term    1585 West 2100 South
                                    Salt Lake City, Utah

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**   On or about February 27, 2013, the defendant viewed, accessed, or possessed sexually explicit materials.

Evidence in support of this allegation includes sexually explicit magazines, which were collected from the defendant's residence on February 27, 2013.

**Allegation No. 2:**   During the months of June 2013 through September 2013, the defendant failed to attend sex-offender treatment, as directed by the U.S. Probation Office. The defendant failed to appear for seven scheduled treatment sessions on the following dates: June 3, 2013, June 10, 2013, July 1, 2013, July 8, 2013, July 15, 2013, July 23, 2013, and July 29, 2013.

Evidence in support of this allegation includes collateral documentation from Intermountain Specialized Abuse Treatment (ISAT).

**Allegation No. 3:**   The defendant failed to reside at the Residential Reentry Center (RRC), as he absconded on September 16, 2013, and his whereabouts are currently unknown, in violation of the rules and regulations of the RRC.

Evidence in support of this allegation includes collateral documentation from the RRC.

**Allegation No. 4:**   The defendant failed to notify his probation officer ten days prior to a change in employment. On or about September 16, 2013, the defendant discontinued his employment without notifying his assigned probation officer.

Evidence in support of this allegation includes collateral contact with the defendant's employer.

PROB 12C

Paul Andrew Memmott
2:08-CR-00856-001-TC

**Allegation No. 5:** On or about September 16, 2013, the defendant left the judicial district of Utah without the permission of the Court or the U.S. Probation Office.

Evidence in support of this allegation includes collateral documentation from the U.S. Marshals Service.

I declare under penalty of perjury that the foregoing is true and correct

Cameron Sinner
U.S. Probation Officer
Date: September 18, 2013

## THE COURT ORDERS:

[X] The issuance of a warrant and tolling of the supervision term
[ ] The issuance of a summons
[ ] No action
[ ] Other

Honorable Tena Campbell
Senior U.S. District Judge

Date: 9-18-2013